UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-197-FL

| | |
|---|---|
| JAMES FITZGERALD AND OPTICAL DISTRIBUTOR GROUP, LLC, ) ) ) Plaintiffs, ) ) v. ) ) ABB / CONCISE OPTICAL GROUP LLC ) d/b/a ABB OPTICAL, ) ) Defendant. ) | ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

THIS CAUSE has come before the Court upon the parties, JAMES FITZGERALD, OPTICAL DISTRIBUTOR GROUP, LLC ("Plaintiffs") and ABB CONCISE OPTICAL GROUP, LLC d/b/a ABB OPTICAL's ("Defendant") Joint Stipulation for Dismissal with Prejudice. The Court has carefully considered the Stipulation, notes the signature of all parties, and is otherwise fully advised in the premises.

Accordingly, it is ORDERED and ADJUGED as follows:

1. All claims and counterclaims asserted by Plaintiffs and Defendant in this action are dismissed with prejudice; and

2. Each Party shall bear its own attorneys' fees.

SO ORDERED, the the 14th day of December, 2011.

_____
DISTRICT COURT JUDGE